# Court of Appeals
# of the State of Georgia

ATLANTA, November 06, 2013

*The Court of Appeals hereby passes the following order*

**A14D0087. IN THE INTEREST OF: Z. N. O., W. T. T., A. N. R. J., & J. E. D. J.,**
**CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

1300657 1300658 1300659 1300660



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 06, 2013.*

    *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*